THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| SHERRY NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 3:10-cv-64-RLY-WGH |
| | ) |
| JASPER SEATING COMPANY INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Sherry Nelson, having heretofore stipulated to the dismissal of this action, the Court hereby dismisses this matter in its entirety with prejudice as to all claims in this case, pursuant to Fed. R. Civ. P. 41(a)(1), each party to bear its own costs and attorneys fees.

SO ORDERED.

DATE: 04/12/2011

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Diamond Z. Hirschauer
DZHirschauer@dzhlaw.com

Andrew W. Gruber
agruber@binghammchale.com

Casey J. Eckert
ceckert@bighammchale.com

1